# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Arquelio Ruiz Rodriguez
v.
Manuel Martinez Arroyo

CASE NUMBER: 97-2865 (HL)

*RECEIVED & FILED 03 DEC -5 AM 8:33 CLERK U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Docket # 6**<br>[] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion requesting order regarding civil rights violations | **Denied.** The Court has already dismissed this complaint and denied a subsequent similar motion. (Dkts. 4,5). This case is closed. |

Date 12/4/03

HECTOR M. LAFFITTE
Chief U.S. District Judge

